# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141791

MICHELLE A. BALDWIN,
            Plaintiff-Appellant,

v

AMERICAN AXLE & MANUFACTURING
HOLDINGS and ZURICH-AMERICAN
INSURANCE COMPANY,
            Defendants-Appellees.

SC: 141791
COA: 291117
WCAC: 07-000056

_____/

On order of the Court, the application for leave to appeal the August 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk